Michael Devereux
Wexford Law
9171 Wilshire Boulevard, Suite 500
Beverly Hills, California  90210
Tel (424) 444-0883

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ALBERT BENJAMIN PEREZ,<br><br>DEFENDANT. | CASE NUMBER<br><br>CR 16-00729-JAK<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Albert Benjamin Perez
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____  by order dated: _____

☑ Magistrate Judge  John E. McDermott _____  by order dated: 12/22/2016

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Covid-19, Client (recently acquitted in Vegas) is at risk, elderly with diabetes, hepatitus C. Counsel recently denied legal visit b/c MDC quarantine.  Counsel is informed and believes the Client recently was admitted into hospital and was ill with an infection that caused discolaration. Client he takes the following medications a) metforman-hci 2x day; b) insulin injection 2x day; c) sulindac 150mg 2x day; d) furosmide 40mg water pill; e) propranolol 10mg 2x day; and spiromolactone 250mg 2x day.

Relief sought *(be specific)*:
For the Client to be released on bond on the following conditions: 1) immediate release after Client and a responsible, Pre-Trial Services (PTS) approved surety have signed and filed a signature bond; 2) Client shall be under home detention, electronic monitoring and shall not leave the premises except for medical emergencies, in such case PTS should have immediate notification; 3) Client shall not have access to any electronic device(s); 4) further conditions as imposed by Court.

Counsel for the defendant and plaintiff United States Government consulted on  October 13, 2020
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to  ☑ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on 10/13/2020 _____ .

An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

October 13, 2020                                                    /s/ Michael Devereux
Date                                                                        Moving Party

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)