Michael S. Devereux (State Bar No. 225240)
WEXFORD LAW
9171 WILSHIRE BOULEVARD, SUITE 500
BEVERLY HILLS, CALIFORNIA 90210
TELEPHONE: (424) 444-0883
FACSIMILE: (202) 925-4481

Attorney for Defendant, ALBERT PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT PEREZ, et al,<br><br>Defendant. | Case No.: CR 16-729-JAK<br><br>REQUEST TO ADVANCE BAIL RECONSIDERATION HEARING TO NOVEMBER 5, 2020 DUE TO THE RAPID DECLINE OF DEFENDANT'S HEALTH; DECLARATION OF MICHAEL DEVEREUX |

Defendant Albert Perez (Mr. Perez), by and through their counsel of record, Michael S. Devereux, with a showing of Good Cause respectfully requests that this Honorable Court advance Mr. Perez' bail reconsideration hearing to November 5, 2020 based upon Mr. Perez' declining health.

Dated: November 1, 2020  WEXFORD LAW,

*Michael S. Devereux*

Michael S. Devereux
Attorney for Defendant
ALBERT PEREZ

DECLARATION OF COUNSEL

1. I am duly admitted to practice before all courts in the State of California, and before the following federal courts: the Central District of California, the Eastern District of California, the Southern District of California, the Northern District of California, along with the Ninth Circuit Court of Appeals. I am the attorney of record in this matter. If called upon as a witness I could and would competently testify to the contents hereof.

2. I have visited Mr. Perez approximately a dozen times since he was moved to the MDC earlier this year after his acquittal in Las Vegas. Before Mr. Perez left for the trial in Las Vegas I had visited him several times. I also have visited Mr. Perez in custody during the Las Vegas trial. I have continuously visiting Mr. Perez since I've been attorney of record in this matter.

3. I visited Mr. Perez on Friday, October 30, 2020 at the MDC.

4. I was surprised to see Mr. Perez assisted by a cane since I've never viewed Mr. Perez using a cane before that visit. Mr. Perez informed me that starting after his return from the hospital on October 3, that he has been using a wheelchair and recently started using a cane.

5. Mr. Perez showed me his legs. Both legs from the knee on down, were covered with open sores. In addition, both legs were blackened. Mr. Perez stated that he believed the cause was neuropathy, damage to the nerves in his legs caused by diabetes.

Good Cause to Advance Hearing

6. It was difficult to see the black tattoo on Mr. Perez right leg.

7. Mr. Perez stated that at one time he could not walk at all and that his hip went out.

8. Mr. Perez stated that when he returned from White Hospital on October 3, he was placed in quarantine and remained in quarantine for almost the entire month because the MDC staff had forgotten to remove him from the quarantine.

9. Mr. Perez also mentioned that his vision has deteriorated and he has blind spots.

10. During the conversation with Mr. Perez, he was confused on many occasions. When asked about his health in the past month, he would answer about some event from years ago that had nothing to do with the question.

I declare the foregoing to be true and correct under the penalty of perjury. EXECUTED on November 1, 2020, at Beverly Hills, California.

*Michael Devereux*
Michael Devereux