1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-729-JAK |
|---|---|
| Plaintiff, | ORDER RE STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT (DKT. 155) |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | **PRIOR TRIAL DATE:     10/05/2021**<br>**NEW TRIAL DATE:      02/22/2022** |

The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act (the

"Stipulation" (Dkt. 155)). The Court hereby finds that the

Stipulation, which this Court incorporates by reference into this

Order, demonstrates facts that support a continuance of the trial

date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by

the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible,

1   or result in a miscarriage of justice; (iii) the case is so unusual

2   and so complex, due to the nature of the prosecution, that it is

3   unreasonable to expect preparation for pre-trial proceedings or for

4   the trial itself within the time limits established by the Speedy

5   Trial Act; and (iv) failure to grant the continuance would

6   unreasonably deny defendant continuity of counsel and would deny

7   defense counsel the reasonable time necessary for effective

8   preparation, taking into account the exercise of due diligence.

9        THEREFORE, FOR GOOD CAUSE SHOWN:

10        1.   The trial in this matter is continued from October 5, 2021,

11   to February 22, 2022. The final pretrial conference is continued to

12   February 3, 2022. All motions are to be filed on or before January

13   20, 2022, and all oppositions are to be filed on or before January

14   27, 2022. Counsel are reminded that all other pretrial documents are

15   due two weeks prior to the pretrial conference date.

16        2.   The time period of October 5, 2021, to February 22, 2022,

17   inclusive, is excluded in computing the time within which the trial

18   must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

19   (h)(7)(B)(ii), and (B)(iv).

20        3.   Nothing in this Order shall preclude a finding that other

21   provisions of the Speedy Trial Act dictate that additional time

22   periods are excluded from the period within which trial must

23   commence. Moreover, the same provisions and/or other provisions of

24   the Speedy Trial Act may in the future authorize the exclusion of

25   additional time periods from the period within which trial must

26   commence.

27   /    /

28   /    /

1

2    **IT IS SO ORDERED.**

3

4      September 14, 2021
       DATE                                     John A. Kronstadt
5                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28