STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
AMANDA ELBOGEN (Cal. Bar No. 332505)
KELLYE NG-MCCULLOUGH (Cal. Bar No. 313051)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5748/8408
     Facsimile: (213) 894-0141
     E-mail:    Amanda.Elbogen@usdoj.gov
                Kellye.Ng-McCullough@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-729-JAK |
| Plaintiff, | SUPPLEMENT TO STIPULATION REGARDING REQUEST FOR: |
| v. | (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME |
| ALBERT BENJAMIN PEREZ, aka, "Dragon," | PERIODS PURSUANT TO SPEEDY TRIAL ACT (SIGNATURE PAGES) (DKT. 180) |
| Defendant. | |

I have read this stipulation and have carefully discussed it with my attorneys. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 13, 2022.

_____     6/6/22
ALBERT BENJAMIN PEREZ                 Date
Defendant