E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4896
    Facsimile: (213) 894-0141
    Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0729-JAK |
| Plaintiff, | STIPULATION REGARDING NEUROPSYCHOLOGICAL EVALUATION OF DEFENDANT |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, and defendant Albert Benjamin Perez ("defendant"), by and through his counsel of record, Michael S. Devereux, hereby stipulate as follows:

    1.  On September 14, 2023, the Court held a hearing regarding defendant's competency.

    2.  At that hearing, defense counsel requested that a neuropsychological evaluation of defendant be conducted by a

qualified medical professional, such as a neurologist or neuropsychologist. The government does not object to that request.

3.   After the hearing, government counsel conferred with counsel for the Bureau of Prisons ("BOP") and BOP Psychologist Dr. Shelton. Dr. Shelton said that BOP can complete a neuropsychological evaluation but only does so at a limited number of institutions and there may be a substantial waiting period. Dr. Shelton said that, if such an evaluation is ordered, BOP's Office of Medical Classifications and Designations ("OMDT") will designate the inmate to a specific facility. Dr. Shelton did not know the current waiting period for such an evaluation but speculated that it could be approximately 4 to 6 months.

IT IS SO STIPULATED.

Dated: October 4, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


      /s/
DEREK R. FLORES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 4, 2023        Respectfully submitted,


    /s/ (with email authorization)
MICHAEL S. DEVEREUX

Attorney for Defendant
ALBERT BENJAMIN PEREZ

2