E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4896
    Facsimile: (213) 894-0141
    Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>ALBERT BENJAMIN PEREZ,<br> aka "Dragon,"<br><br>        Defendant. | No. 2:16-CR-729-JAK<br><br>AUGUST 22, 2024, JOINT STATUS REPORT |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, and defendant ALBERT BENJAMIN PEREZ ("defendant"), through his counsel of record, Michael S. Devereux, hereby file this joint status report in response to the Court's order:

    1.   Government counsel has conferred with BOP personnel. According to BOP personnel, BOP interprets the Court's order as only requiring BOP to assist in facilitating a neuropsychological examination and not for BOP to conduct the examination.

2.    To that end, the parties are therefore working to have an outside evaluator come to the institution to conduct the evaluation. The parties do not have an estimate as to that timeframe yet and will update the Court once they do.


Dated: August 22, 2024              Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    _____
                                    DEREK R. FLORES
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA