Michael S. Devereux  (SBN 225240)

# WEXFORD LAW

468 N. Camden Drive, Suite 200

Beverly Hills, California  90210

Telephone: (424) 444-0883

Attorneys for DEFENDANT, ALBERT PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: CR 16-00729-JAK |
|---|---|
| PLAINTIFF, | JOINT STATUS REPORT |
| v. | |
| ALBERT BENJAMIN PEREZ, | |
| Defendant. | |

After weeks of researching and speaking to several neuropsychologists, it appears that the defense has found a neuropsychologist who is willing to conduct an exam at the MDC.  Dr. Dale Sherman is very much interested in evaluating the Defendant.  We are in the process of finalizing an agreement.  Dr. Dale Sherman believes that he can have the report completed by mid-November.

I am informed and believe that Dr. Sherman has 29 years of experience, that he's associated with Cedars-Sinai as a neuropsychologist, is a part-time instructor at USC, and has completed postgraduate work at UCLA.

Dr. Samantha Shelton of the MDC has provided Defense Counsel with the necessary forms to conduct an in-person evaluation at the MDC.

The initial attempt was to find a neuropsychologist at White Memorial, but after a few days it was determined that wasn't going to work out. Finally, Cedars Sinai did provide a referral who in turned provided a referral.

Dated: September 26, 2024        Respectfully Submitted,

By: *Michael S. Devereux*
Michael S. Devereux
Attorney for Defendant
Albert Benjamin Perez

　/s/    Derek R. Flores
DEREK R. FLORES
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA