Michael S. Devereux  (SBN 225240)

**WEXFORD LAW**

468 N. Camden Drive, Suite 200

Beverly Hills, California  90210

Telephone: (424) 444-0883

Attorneys for DEFENDANT, ALBERT PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 16-00729-JAK |
| PLAINTIFF, | JOINT STATUS REPORT |
| v. | |
| ALBERT BENJAMIN PEREZ, | |
| Defendant. | |

Both sides have agreed to accept Dr. Sherman.  Dr. Sherman has 29 years of experience, Dr. Sherman is associated with Cedars-Sinai as a neuropsychologist, is a part-time instructor at USC, and has completed postgraduate work at UCLA.

///

///

///

///

///

///

///

1

Currently, defense counsel is finalizing the paperwork to submit to CJA for funding of Dr. Sherman. Counsel expects to finalize the paperwork within the next two-three weeks.

Dated: December 2, 2024           Respectfully Submitted,

By: *Michael S. Devereux*
Michael S. Devereux
Attorney for Defendant
Albert Benjamin Perez

/s/    Derek R. Flores
DEREK R. FLORES
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA