Michael S. Devereux  (SBN 225240)

WEXFORD LAW

9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Telephone: (424) 444-0883

Attorneys for DEFENDANT, ALBERT PEREZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>ALBERT BENJAMIN PEREZ,<br><br>Defendant. | CASE NO.: CR 16-00729-JAK<br><br>OSC |

I Michael S. Devereux, declares as follows:

1. I am a California licensed attorney admitted to the Ninth Circuit, the Central District of California, the Northern District of California, the Southern District of California and the Eastern District of California. I am the attorney of record in this matter. I am over the age of 18 and the matters set forth herein are within my own personal knowledge and if called as a witness I could and would competently testify to the contents hereof.

2. In late October and into November, I came down with flu-like symptoms, which pushed me behind in many cases.  For example, I had to request a continuance in

the Ninth Circuit for case number 24-5830, which was granted and with the opening brief due on December 4, 2024.

3. Prior to the illness, I had started the request for CJA funds for Dr. Sherman, but after falling ill, I was not able to complete it.

4. I have been playing phone tag with Dr. Sherman and am expected to submit the request in the near future.

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States.

EXECUTED on December 9, 2024, at Los Angeles, California.


*Michael S. Devereux*

2