Michael S. Devereux (SBN 225240)

**WEXFORD LAW**

9440 Santa Monica Blvd, Suite 301

Beverly Hills, California 90210

Telephone: (424) 444-0883

Attorneys for DEFENDANT, ALBERT PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: CR 16-00729-JAK |
|---|---|
| PLAINTIFF, | DEFENDANT'S JOINDER TO GOVERNMENT'S STATUS REPORT DATED FEBRUARY 25, 2025 |
| v. | |
| ALBERT BENJAMIN PEREZ, | |
| Defendant. | |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant, Albert Benjamin Perez, submits this Joinder, in support of the government's status report filed on February 25, 2025, dkt #279. The defense had discussed the status report with the government prior to the filing deadline but was not available to sign the document before the deadline.

///

///

///

///

1

The defendant agrees to continue the February 27, 2025, status conference to March 27, 2025. In addition, the defendant requests to file a joint status report on or before March 13, 2025, to update the Court on the status of Dr. Sherman's evaluation of the defendant.

Dated:  February 25, 2025

By: *Michael Sean Devereux*
Michael Sean Devereux
Attorney for Defendant
ALBERT BENJAMIN PEREZ

WEXFORD LAW

2