JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4896
     Facsimile: (213) 894-0141
     Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-729-JAK |
|---|---|
| Plaintiff, | MARCH 11, 2025, GOVERNMENT'S STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, hereby files this status report in response to the Court's order and request to continue the status conference:

1.  On March 10, 2025, government counsel received additional of defendant's medical records from BOP and transmitted the records to Dr. Sherman that same day.

2.  Dr. Sherman is in the process of reviewing defendant's medical records and government counsel anticipates providing an

updated timeline for his evaluation of defendant in the next status report.

3.   As noted in the prior report, it is government counsel's understanding that defense counsel is still in trial in state court through at least the end of the month and potentially into next month. Government counsel emailed briefly with defense counsel on March 10, 2025, and then sent a draft report to defense counsel. Government counsel did not hear back from defense counsel prior to the filing of this report, and thus is submitting this report as the government's report.

4.   Regarding the bond reconsideration hearing, government counsel reached out to Judge Oliver's chambers in February to request a hearing. Judge Oliver's chambers then requested that the parties confer to propose dates for the hearing (Judge Oliver's chambers also noted that two hearings may be needed in order to fully update Judge Oliver). Government counsel has reached out to defense counsel to confer on dates and expects that the parties will propose dates in March or April to Judge Oliver.

5.   Accordingly, the government requests that the Court continue the March 13, 2025, hearing to March 20, 2025. The government also requests that the Court order the filing of a joint status report on or before March 18, 2025, to update the Court on the status of Dr. Sherman's evaluation of defendant and the status of the bond reconsideration hearing.

Dated: March 11, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


          /s/
DEREK R. FLORES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA