BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4896
     Facsimile: (213) 894-0141
     Email:     derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-729-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND BRIEF REGARDING COMPETENCY |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, respectfully submits a second memorandum of law regarding the competency of defendant Albert Benjamin Perez ("defendant").

//

//

//

//

//

This filing is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 30, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                             /s/
                                        DEREK R. FLORES
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

An independent neuropsychologist selected by defense counsel, Dr. Dale Sherman, has completed a second evaluation of defendant and confirmed what the licensed psychologists at BOP already found (see Dkt. 205): defendant is competent to proceed to trial.

Dr. Sherman reviewed nearly six years of defendant's medical records, going back to 2019, and conducted an in-person evaluation of defendant on May 23, 2025. Based on that, Dr. Sherman issued a report on June 20, 2025, (the "Report"), which concluded:

- Defendant has "[n]o injury" to his present cognitive condition. (Report at 22.) Based on Dr. Sherman's evaluation, defendant's "attention & concentration, speed of information processing, language, visual-spatial ability, and executive functions" were "within expectation." (Id.) Additionally, "his performance on cognitive measures was consistent with observations from his providers in which he demonstrated unremarkable cognition that remained stable after his recovery" from COVID-19. (Id.) Dr. Sherman found that "[s]cores on measures of attention concentration, speed of information processing, language, visual-spatial skills, and executive functions would not be indicative of cognitive impairment." (Id. (emphasis added).)

- According to Dr. Sherman, defendant's medical records indicated that he previously had mild neurocognitive disorder following contraction of COVID-19 in 2020 but that has since been resolved after he received treatment and

1    "his cognitive and psychological condition improved and he
2         subsequently remained stable." (Report at 21.)
3    Dr. Sherman's findings are consistent with those of BOP Drs.
4  Todd and Smith who similarly found that defendant "appears to have
5  the ability to understand the nature and consequences of the court
6  proceedings against him, and to properly assist counsel in defense."
7  (Dkt. 205 at 1.)
8    For these reasons and those in the government's prior brief
9  (Dkt. 205), the government respectfully requests that the Court find
10 defendant competent to stand trial.