1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   First Assistant United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Chief, Criminal Division
   DEREK R. FLORES (Cal. Bar No. 304499)
5  Assistant United States Attorney
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-4896
        Facsimile: (213) 894-0141
8       Email:     derek.flores@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-729-JAK |
|---|---|
| Plaintiff, | <u>FEBRUARY 27, 2026, JOINT STATEMENT</u> |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, and defendant ALBERT BENJAMIN PEREZ ("defendant"), through his counsel of record, Michael S. Devereux, hereby file this joint statement in response to the Court's February 20, 2026, order (Dkt. 376):

//

//

//

1. The parties have met and conferred and intend to file a stipulation to request a brief continuance of the trial date into June 2026, with a status conference several weeks in advance of the proposed trial date, assuming that is available on the Court's calendar.

2. The parties are currently exploring potential resolution of this matter. The parties do not believe that a status conference is necessary at this time considering that they intend to propose a status conference in advance of the trial date, as noted above.

Dated: February 27, 2026             Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
DEREK R. FLORES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



   /s/   (with email authorization)
_____
MICHAEL DEVEREUX

Attorney for Defendant
ALBERT BENJAMIN PEREZ

2